**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 WADE M.,

                             Plaintiff,

           -against-                                      25 **CIVIL** 1074 (OTW)

                                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated March 18, 2026, Plaintiff's motion for judgment on

the pleadings is GRANTED and this case is REMANDED for further proceeding; accordingly,

the case is closed.

**Dated:** New York, New York

        March 19, 2026

                                             **TAMMI M. HELLWIG**
                                               _____
                                                 **Clerk of Court**

                           **BY:**          _____
                                                 **Deputy Clerk**